**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerome Gatlin, | No. CV-24-03143-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Guglielmo & Associates PLLC, et al., | |
| Defendants. | |

Plaintiff Jerome Gatlin filed this suit against defendants Guglielmo & Associates PLLC and LVNV Funding LLC. (Doc. 1.) On January 31, 2025, LVNV filed an answer. (Doc. 12.) On February 11, 2025, Guglielmo & Associates filed a motion to dismiss for failure to state a claim on which relief can be granted. (Doc. 15.) Gatlin did not file an opposition. On March 7, 2025, the court warned Gatlin that failure to file an opposition to a motion may be deemed "consent to the . . . granting of the motion." (Doc. 21 at 1.) But to "ensure Gatlin wishes to have the motion granted," the court ordered him to file "a response to the motion to dismiss or a statement that he does not oppose dismissal of Guglielmo & Associates." (Doc. 21 at 1.) The court also noted it would not provide Gatlin future assistance and he was required to "comply with applicable deadlines." (Doc. 21 at 1.) Gatlin's response or statement was due on March 19, 2025, but nothing was filed. Gatlin's failure to file an opposition to the motion to dismiss, together with his failure to comply with the prior order, is construed as his consent to the granting of the motion.

Gatlin's failure to comply with the prior order also indicates he may no longer intend

to pursue this suit against LVNV. Gatlin must file a statement indicating he is ready and willing to pursue this suit. If Gatlin does not file a statement, this suit will be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS ORDERED** the Motion to Dismiss (Doc. 15) is **GRANTED**. Defendant Guglielmo & Associates PLLC is **DISMISSED**.

**IT IS FURTHER ORDERED** no later than **April 4, 2025**, plaintiff shall file a statement indicating he still wishes to pursue this suit.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to enter a judgment of dismissal without prejudice on all claims against all defendants in the event plaintiff does not file a statement.

Dated this 26th day of March, 2025.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**